JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WALLER,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　　Respondent. | Case No.  EDCV 08-1472-DDP (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:　August 17, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE